LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net



TEL. (212) 227-8899                                                FAX (212) 964-2926

November 14, 2019

Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Kevin Grullon,
19 Cr. 690 (KPF)

Your Honor:

    I write to request a temporary modification of Mr. Grullon's home incarceration so that he may attend a ceremony for the spreading of his friend's ashes and to allow him to pick up his driver's license from the Department of Motor Vehicles (DMV). If the Court permits, Mr. Grullon will attend the ash spreading ceremony, which will take a few hours, on December 1, 2019. If the Court permits, he will go to the DMV at a date and time agreed upon with his pretrial officer.
    Mr. Grullon was released on a one hundred thousand dollar ($100,00.00) bond, co-signed by two financially responsible people, he is subject to home incarceration with location monitoring, has surrendered his passport and is on pretrial supervision in New Jersey where he lives.
    The government by, Aline Flodr, Esq., consents to these requests and, as is customary, Mr. Grullon's pretrial officer, Carrie Borona, takes no position on the application.
    If the Court grants these requests, Mr. Grullon will provide his pretrial officer with the details of the December 1, 2019 ceremony and consult with her regarding the time he is permitted to leave and return home that day. He will do the same with his visit to the DMV.

                                                Respectfully,

                                               *Lisa Scolari*
                                               Lisa Scolari

```
Application GRANTED.

Dated:    November 14, 2019           SO ORDERED.
          New York, New York
```

                                                                     *Katherine Polk Failla*

                                                   HON. KATHERINE POLK FAILLA
                                                   UNITED STATES DISTRICT JUDGE