**MEMO ENDORSED**

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                  FAX (212) 964-2926

December 2, 2019

Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Kevin Grullon,
19 Cr. 690 (KPF)

Your Honor:

      I write to request a change in Kevin Grullon's bond condition from home incarceration to home detention so that he may leave home to work. He has secured an on-the-books job at a fixed location in New Jersey where he lives.

      Mr. Grullon was released on a one hundred thousand dollar ($100,00.00) bond, co-signed by two financially responsible people, has been subject to home incarceration with location monitoring, has surrendered his passport and is on pretrial supervision in New Jersey.

      The government by, Aline Flodr, Esq., and both the S.D.N.Y. pretrial office, by Jonathan Lettieri, and Mr. Grullon's D.N.J. Pretrial Officer Carrie Borona consent to this request. The government agrees to Mr Grullon being on home detention on the condition that he continues to maintain employment which is verified by pretrial.

      If the Court grants this application, Mr. Grullon will coordinate with Ms. Borona and his employer to determine his schedule and when he can leave home for work.

      Therefore, I request that the Court approve a change in Mr. Grullon's bond from home incarceration to home detention to permit him to work, on the condition that he has employment verified by pretrial.

                                           Respectfully,
                                           *Lisa Scolari*
                                           Lisa Scolari

```
Application GRANTED, on the condition that Defendant Grullon
continues to maintain employment that is verified by pretrial
services.

                                        SO ORDERED.

Dated:    December 3, 2019
          New York, New York
```

                                                            HON. KATHERINE POLK FAILLA
                                                            UNITED STATES DISTRICT JUDGE