**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                         FAX (212) 964-2926

July 22, 2020

Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*



Re: United States v. Kevin Grullon,
     19 Cr. 690 (KPF)

Your Honor:

    I write to request a change in Kevin Grullon's bond condition from home detention to a curfew, with the hours to be set by pretrial. Mr. Grullon's pretrial officer reports that he has been compliant with the terms of his home detention. Both the government, by Aline Flodr, Esq. and pretrial by Jonathan Lettieri, consent to this application.

    Therefore, I request that the Court approve a change in Mr. Grullon's bond from home detention to a curfew with hours to be set by pretrial.

                                        Respectfully,

                                        *Lisa Scolari*
                                        Lisa Scolari

```
Application GRANTED.

Dated:    July 22, 2020                SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE