```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   19 Cr. 690-5 (KPF)
     -against-                       :   ORDER
                                     :
KEVIN GRULLON                        :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

KATHERINE POLK FAILLA, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as directed by Pretrial Services.

    Dated: New York, New York
          September  9 , 2020

SO ORDERED:

_____
KATHERINE POLK FAILLA
United States District Judge