UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>KEVIN GRULLON,<br><br>Defendant. | 19 Cr. 690 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

The parties are directed to appear for a change of plea hearing on December 22, 2020, at 3:00 p.m. The hearing shall take place by video. Instructions for accessing the videoconference will be shared in advance of the hearing.

SO ORDERED.

Dated:  December 14, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge