**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net



TEL. (212) 227-8899                                                                FAX (212) 964-2926

July 2, 2021

Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Kevin Grullon,
19 Cr. 690 (KPF)

Your Honor:

    I write to request an adjournment of Kevin Grullon's sentencing which is currently scheduled for July 16, 2021. The Court has permitted me to retain mitigation experts to assist in preparing for sentencing and the experts need additional time to complete their work due to the covid-19 pandemic. Therefore I request that the Court adjourn Mr. Grullon's sentence to a date in early/mid-October, 2021. The government by Aline Flodr, Esq, consents to this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

Application GRANTED.  The sentencing scheduled for July 16, 2021, is hereby ADJOURNED to October 13, 2021, at 3:30 p.m. in in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The opening sentencing submission shall be due on or by September 29, 2021, and the response shall be due on or by October 6, 2021.

Dated:    July 2, 2021                              SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE