**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899             November 28, 2021             FAX (212) 964-2926

Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*



                 Re: United States v. Kevin Grullon,
                     19 Cr. 690 (KPF)

Your Honor:

     I write to request that the Court direct that paragraph 57 of Kevin Grullon's pre-sentence report be modified to reflect the resolution of the Kansas case referred to therein. A document completed by Municipal Court Judge Patrick Caffey with the relevant information is attached. (Exhibit A)

     On November 10, 2021, Mr. Grullon was sentenced to six months jail which was suspended and replaced with a year of probation with specific conditions. Most of those conditions have been met, including submission of proof of one hundred hours of community service as well as proof that Mr. Grullon completed a substance abuse program. Mr. Grullon anticipates paying the fine within a week. As he has been sentenced, the bench warrant was automatically vacated. The Manhattan KS probation department is aware that Mr. Grullon will be surrendering to serve a five year sentence and is not expected to report once he is incarcerated.

     Therefore, I request that the Court direct that paragraph 57 be changed as follows: delete "10/04/2016: Sentencing date 10/19/2016: Warrant issued for failure to appear " and replace with " 11/10/21 defendant sentenced to six months suspended sentence, one year probation, with community service and a fine".

     The government, but Mary Bracewell, Esq., has no objection to this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

---

```
Application GRANTED.  The Court ORDERS that paragraph 57 of Mr. Grullon's
pre-sentence investigation report be modified as specified above.  The Clerk
of Court is directed to terminate the pending motion at docket entry 212.

Date:    November 29, 2021           SO ORDERED.
         New York, New York

                                     Katherine Polk Failla
                                     _____
                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE
```