LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899       January 10, 2022       FAX (212) 964-2926

Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*



Re: United States v. Kevin Grullon,
19 Cr. 690 (KPF)

Your Honor:

      I write to request a month extension of Kevin Grullon's surrender date which is currently set for January 14, 2022. Mr. Grullon has yet to receive his designation letter from the BOP. If this application is not granted, Mr. Grullon would have to surrender to the local jail, MDC Brooklyn. As the Court is aware, there has been a dramatic increase in reported covid cases in MDC, all inmates are on twenty four hour lock-down and legal visits have been suspended. It would be preferable for Mr. Grullon to surrender to a designated facility that may be less covid impacted.

      The government, by Mary Bracewell, Esq., consents to this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

---

Application GRANTED. Mr. Grullon's surrender date shall be extended to February 14, 2022. The Clerk of Court is directed to terminate the pending motion at docket entry 221.

Date:     January 10, 2022           SO ORDERED.
          New York, New York

                                              HON. KATHERINE POLK FAILLA
                                              UNITED STATES DISTRICT JUDGE