LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899          February 11, 2022          FAX (212) 964-2926

Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*



Re: United States v. Kevin Grullon,
    19 Cr. 690 (KPF)

Your Honor:

      I write to request a month extension of Kevin Grullon's surrender date which is currently set for February 14, 2022. Mr. Grullon has yet to receive his designation letter from the BOP. If this application is not granted, Mr. Grullon would have to surrender to the local jail, MDC Brooklyn. As the Court is aware, there has been a dramatic increase in reported covid cases in MDC, and many inmates are on twenty four hour lock-down. It would be preferable for Mr. Grullon to surrender to a designated facility that may be less covid impacted.

      The government, by Mary Bracewell, Esq., takes no position on this application.

                                                    Respectfully,

                                                  *Lisa Scolari*
                                                  Lisa Scolari

```
Application GRANTED.  Mr. Grullon's surrender date shall be extended
to March 16, 2022.  The Clerk of Court is directed to terminate the
pending motion at docket entry 227.

Dated:     February 11, 2022           SO ORDERED.
           New York, New York
```

                                                                  HON. KATHERINE POLK FAILLA
                                                                  UNITED STATES DISTRICT JUDGE