LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899
August 15,  2022

Katherine Polk Failla
United States District Court
40 Foley Square
New York,  N.Y. 10007
via ECF and email



*Re: U.S. v. Kevin Grullon*
19 Cr. 690 (KPF)

Your Honor:

    I write to request the Court's intervention on behalf of Kevin Grullon, whom has been designated to Lewisburg Camp, but has been stuck in MDC Brooklyn since surrendering on March 16, 2022. (Designation letter Exhibit A)

    The Court sentenced Mr. Grullon to five years on December 6, 2021 and permitted him to voluntarily surrender when designated. Due to the delays in his designation, the Court extended his surrender date to March 16, 2022. Mr. Gullon was notified that he had been designated to Lewisburg Camp, the afternoon of March 15, 2022 and with virtually no notice could not get a ride to that distant facility the next day. Not realizing that he could request additional time to surrender and concerned about complying with the Court's order, Mr. Grullon turned himself in to MDC Brooklyn. He has been stuck there ever since.

    After learning that Mr. Grullon was in MDC and not being transferred I have made multiple efforts to get him moved. An MDC legal staff member advised me that although there is a bus to Lewisburg "every week", Mr. Grullon's situation was highly unusual and "very difficult". He didn't explain the reason but suggested I write to the  warden. I did so and the letter was ignored.

    I have also been in communication with Adam Johnson, Esq. in the BOP Regional Office. Mr. Johnson has made numerous efforts to resolve the issue by reaching out to the U.S. Marshals and the BOP. He has been advised, via email, that the Marshals are at the "mercy of the BOP".

    I understand that there is a new warden at MDC but I have been unable to learn his name. I have spoken with A.U.S.A. Mary Bracewell and she has no objection to this application. Therefore, I ask that the Court intervene with the BOP and the U.S. Marshals Office to have Mr. Grullon moved to Lewisburg Camp.

        Respectfully,

        *Lisa Scolari*

        Lisa Scolari

The Court is in receipt of the above letter.  (Dkt. #244).  The Court has corresponded with regional counsel for the Bureau of Prisons Northeast Region, who has committed to looking into this matter.

The Clerk of Court is directed to terminate the pending motion at docket entry 244.

Dated:     August 23, 2022          SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE